**FILED**

A CERTIFIED TRUE COPY

ATTEST

By Tarrell L. Littleton on Dec 02, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 0 2 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Nov 16, 2009**

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-6)

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2009). Since that time, 54 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 02, 2009**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah Heim
Deputy Clerk
Date 12/2/09

Page 1 of 2

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                    MDL No. 2100


## SCHEDULE CTO-6 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**          **CASE CAPTION**

CALIFORNIA CENTRAL
CAC 2  09-7997          B.G., etc. v. Bayer Corp., et al.        09-20101-DRH
~~CAC 5 09-2052~~        ~~Marquisa Jankins v. Bayer Corp., et al.~~  Opposed 11/19/09

CALIFORNIA NORTHERN
CAN 3  09-5270          Tova Lubka v. Bayer Corp., et al.        09-20102-DRH

FLORIDA NORTHERN
FLN 3  09-470           Laura Moss, et al. v. Bayer Corp., et al.   09-20103-DRH

ILLINOIS NORTHERN
ILN 1  09-6841          Patricia Kilcran v. Bayer Corp., et al.    09-20104-DRH
ILN 1  09-6848          Kaylee O'Laughlin v. Bayer Corp., et al.   09-20105-DRH

LOUISIANA EASTERN
LAE 2  09-7203          Paige Bailey v. Bayer Corp., et al.        09-20106-DRH
LAE 2  09-7206          Dionne Benoit, etc. v. Bayer Corp., et al.  09-20107-DRH
LAE 2  09-7207          Cindy Plaisance v. Bayer Corp., et al.     09-20108-DRH
LAE 2  09-7208          Laura Stafford v. Bayer Corp., et al.      09-20109-DRH

LOUISIANA MIDDLE
LAM 3  09-944           Shaterica Wilson v. Bayer Corp., et al.    09-20110-DRH

LOUISIANA WESTERN
LAW 2  09-1875          Christian Johnson v. Bayer Corp., et al.   09-20111-DRH
LAW 3  09-1873          Marilyn Davis v. Bayer Corp., et al.       09-20112-DRH
LAW 3  09-1891          Stacie Ford v. Bayer Corp., et al.         09-20113-DRH
LAW 3  09-1893          Emily Kennedy v. Bayer Corp., et al.       09-20114-DRH
LAW 5  09-1876          Kelly Johnson v. Bayer Corp., et al.       09-20115-DRH
LAW 6  09-1874          Tiffany Doucet v. Bayer Corp., et al.      09-20116-DRH
LAW 6  09-1892          Catherine Pillette, etc. v. Bayer Corp., et al.  09-20117-DRH
LAW 6  09-1894          Constance Milton v. Bayer Corp., et al.    09-20118-DRH
LAW 6  09-1895          Mary Romero v. Bayer Corp., et al.         09-20119-DRH

NEW YORK SOUTHERN
NYS 1  09-9017          Melissa S. Ferguson, et al. v. Bayer Corp., et al.  09-20120-DRH

**MDL No. 2100 - Schedule CTO-6 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A.# | CASE CAPTION | |
|-------|------|-------|--------------|--|
| NYS | 1 | 09-9147 | Rhonda Bagley, et al. v. Bayer Corp., et al. | 09-20121-DRH |
| NYS | 1 | 09-9149 | Misty Goulding v. Bayer Corp., et al. | 09-20122-DRH |
| NYS | 1 | 09-9164 | Lauren Hall v. Bayer Corp., et al. | 09-20123-DRH |
| NYS | 1 | 09-9183 | Becky Donahoe v. Bayer Corp., et al. | 09-20124-DRH |
| NYS | 7 | 09-8843 | Tasha Marcell v. Bayer Corp., et al. | 09-20125-DRH |
| NYS | 7 | 09-8931 | Judith M. Woodall v. Bayer Corp., et al. | 09-20126-DRH |

OHIO NORTHERN

| | | | | |
|-------|------|-------|--------------|--|
| OHN | 3 | 09-2199 | Linda Dressman v. Bayer Corp., et al. | 09-20127-DRH |
| OHN | 5 | 09-2570 | Kara Neer v. Bayer Corp., et al. | 09-20128-DRH |

OHIO SOUTHERN

| | | | | |
|-------|------|-------|--------------|--|
| OHS | 1 | 09-806 | Kimberly Swigart v. Bayer Corp., et al. | 09-20129-DRH |
| OHS | 1 | 09-807 | Heather Lieungh v. Bayer Corp., et al. | 09-20130-DRH |
| OHS | 3 | 09-416 | Tammy Hobbs v. Bayer Corp., et al. | 09-20131-DRH |
| OHS | 3 | 09-417 | Lisa Manning, etc. v. Bayer Corp., et al. | 09-20132-DRH |
| OHS | 3 | 09-418 | Amy Pease v. Bayer Corp., et al. | 09-20133-DRH |

PENNSYLVANIA EASTERN

| | | | | |
|-------|------|-------|--------------|--|
| ~~PAE~~ | ~~2~~ | ~~09-5070~~ | ~~Diane Miller, et al. v. Bayer Corp., et al.~~  Vacated 11/19/09 | |

TEXAS WESTERN

| | | | | |
|-------|------|-------|--------------|--|
| TXW | 6 | 09-260 | Sherry Harris v. Bayer Corp., et al. | 09-20134-DRH |